THIS ORDER IS APPROVED.

Dated: December 21, 2010



_____
JAMES M. MARLAR
Chief Bankruptcy Judge

MARK WESBROOKS
THE WESBROOKS LAW FIRM, P.L.L.C.
15396 N. 83rd Ave., Ste. C100
Peoria, Arizona 85381
(602) 262-0390 Fax: (602) 297-6580
Mark.Wesbrooks@azbar.org
State Bar No. 018690
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re: | CHAPTER 13 |
| RUDY RODRIGUEZ and GUADALUPE RODRIGUEZ, | CASE NO. 2:09-bk-12154-JMM |
| Debtors. | |
| RUDY RODRIGUEZ and GUADALUPE RODRIGUEZ, | ORDER AVOIDING LIEN ON REAL PROPERTY |
| Movants, | |
| v. | |
| PNC MORTGAGE/PNC NATIONAL BANK N.A., | |
| Respondent. | |

On November 22, 2010, Debtor filed a Motion to Avoid Judicial Lien to value the lien of PNC Mortgage/PNC National Bank, N.A. (hereinafter "Lienholder") against the property commonly known as 2214 W CALLE DEL SOL Phoenix, AZ 85085, and more fully described

in Exhibit A hereto, which lien was recorded in Maricopa County on or about June 13, 2007, as document 20070682208 (hereinafter the "Lien"). This lien is in second position and is the approximate amount of $188,966.05. The property is worth approximately $218,000.00. The lien in first position is in the approximate amount of $278,717.45. Therefore, there is no secured value in the amount of the Lien in second position.

The court finds that notice of the Motion to Avoid Judicial Lien upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

1. For purposes of Debtor's Chapter 13 plan only, the Lien is valued at zero. PNC Mortgage/PNC National Bank, N.A. does not have a secured claim and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327, provided that the Chapter 13 case is completed and the Debtor receives a discharge.

2. This order shall become part of Debtor's confirmed Chapter 13 Plan.

3. Upon entry of a discharge in Debtor's Chapter 13 case, the Lien shall be voided for all purposes and, upon application by Debtor, the Court will enter an appropriate form of judgment voiding the Lien.

4. If Debtor's Chapter 13 case is dismissed or converted to Chapter 7 before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law and, upon application by Lienholder,

/./.

/./.

/./.

/./.

the Court will enter an appropriate form of order restoring the Lien.

5. Except as provided by separate, subsequent order of this Court, the Lien may not be enforced so long as this order remains in effect.

*AS DATED AND SIGNED ABOVE*

_____
UNITED STATES BANKRUPTCY JUDGE

Dated and signed above.
Notice to be sent through the
Bankruptcy Noticing Center "BNC"
to the following:

Rudy and Guadalupe Rodriguez
2214 W CALLE DEL SOL
Phoenix, AZ 85085

PNC MORTGAGE/PNC NATIONAL BANK N.A.
4661 E. Main Street
Columbus, OH 43251

Statutory Agent for Process:
PNC MORTGAGE/PNC NATIONAL BANK N.A.
249 Fifth Avenue
Pittsburgh, PA  15222-2707

Russell Brown
3838 N. Central Avenue #800
Phoenix, AZ 85012-1965

EXHIBIT A
Legal Description

Lot Sixty-six (66), of SONORAN FOOTHILLS PARCEL 11, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 612 of Maps, Page 15.

EXCEPT all uranium, thorium or other materials which are or may be determined to be peculiarly essential to the production of fissionable materials, as reserved in the Patent to the land.